IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TYRICKA LAVON CALLOWAY, (AIS: #174732), | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0283-CG-M |
| CYNTHIA STEWART, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** without prejudice prior to service of process as frivolous and for failure to state claim pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

**DONE and ORDERED** this 6th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE