# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TYRICKA LAVON CALLOWAY, (AIS: #174732), | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0283-CG-M ) |
| CYNTHIA STEWART, et al., | ) ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that this action be **DISMISSED** without prejudice as frivolous and for failure to state a claim prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B).

**DONE and ORDERED** this 6th day of November, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE